# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CHRISTOPHER LYNN MCLENDON,** | |
| Plaintiff, | |
| v. | Civil Action 7:12-CV-154 (HL) |
| **OFFICER JOSH SMITH, SGT. DRAWDY, and OFFICER CLARK,** | |
| Defendants. | |

## ORDER

This case is before the Court on a Recommendation (Doc. 6) in which United States Magistrate Judge Thomas Q. Langstaff recommends that Sergeant Drawdy be dismissed as a defendant and that Plaintiff's claims against Officers Smith and Clark proceed. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for plain error and finds none. Thus, the Recommendation is accepted and adopted. Sergeant Drawdy is dismissed from the case. Plaintiff's excessive force claims against Officer Smith and Clark will move forward.

**SO ORDERED**, this the 7th day of January, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh